**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **ACE AMERICAN INSURANCE** | § | **PLAINTIFF** |
| | § | |
| **v.** | § | **CAUSE NO. 1:05CV127** |
| | § | |
| **ALLISON OIL COMPANY, ET AL.** | § | **DEFENDANTS** |

**ORDER GRANTING JOINT MOTION TO DISMISS
BY ALLISON OIL COMPANY AND PLACID REFINING COMPANY**

THE MATTER BEFORE THE COURT is the Joint Motion to Dismiss [29] by Defendant Allison Oil Company and Third-Party Defendant Placid Refining Company, a/k/a Placid Refining Company, LLC. The Court finds that the Motion is well-taken and should be granted.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the Joint Motion to Dismiss [29] by Defendant Allison Oil Company and Third-Party Defendant Placid Refining Company, a/k/a Placid Refining Company, LLC, is **GRANTED**. Placid Refining Company, a/k/a Placid Refining Company, LLC, is hereby **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 17th day of January, 2006.

s/ Louis Guirola, Jr.
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE