IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| ACE AMERICAN INSURANCE, A PENNSYLVANIA CORPORATION, AS SUBROGEE OF HUEY STOCKSTILL, INC., | § § § § | |
| **Plaintiff,** | § § | |
| V. | § § | C.A. NO. 1:05CV127LGRHW |
| ALLISON OIL COMPANY, A MISSISSIPPI CORPORATION, | § § § § | |
| **Defendant and Third-Party Plaintiff** | § § § | |
| V. | § § | |
| PLACID REFINING COMPANY, A/K/A PLACID REFINING COMPANY, LLC, AND NEWMAN TRANSPORT, A/K/A NEWMAN TRANSPORT, LLC, | § § § § § | |
| **Third-Party Defendants.** | § | |

**FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE
AS TO DEFENDANT, ALLISON OIL COMPANY ONLY**

This cause came before the Court on the Motion of Defendant, Allison Oil Company, to dismiss and/or for summary judgment of the Plaintiff's cause of action against Allison Oil Company, with prejudice. The Court, being fully advised and having considered the premises, prepared a Memorandum and Opinion granting Allison Oil Company's Motion for Summary Judgment, said Memorandum and Order being filed on May 18, 2006. Accordingly, Plaintiff's claims against Allison Oil Company are dismissed with prejudice and the Court, having made an express

determination that there is no just reason for delay, and having made an express direction for the entry of judgment, finds that said Motion(s) of Allison Oil Company is well-taken and should be sustained in accordance with Rule 54(b) of the Federal Rules of Civil Procedure.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the causes of Ace American Insurance Company against Allison Oil Company only be, and the same is hereby, dismissed with prejudice in accordance with Rule 54(b) of the Federal Rules of Civil Procedure.

**SO ORDERED AND ADJUDGED** this the 1th day of August, 2006.

*s/ Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE


PRESENTED BY:

SAMUEL F. CREASEY, ESQ. (MSB #99555)
CURRIE JOHNSON GRIFFIN GAINES & MYERS, P.A.
POST OFFICE BOX 750
JACKSON, MISSISSIPPI 39205-0750
TELEPHONE:       601-969-1010
FACSIMILE:       601-969-5120